IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY GREEN,

    Plaintiff,

v.                                                                             No. 13-cv-0819 JCH/SMV

NEW MEXICO STATE POLICE DEP'T,
BEN ARNOLD, and STATE OF NEW MEXICO,

    Defendants.

### ORDER SETTING TELEPHONIC SHOW-CAUSE HEARING

**Date and time**:        April 24, 2014, at 1:30 p.m.

**Matter to be heard**:  Order to Show Cause [Doc. 13]

    **IT IS ORDERED** that a telephonic hearing on Court's second Order to Show Cause [Doc. 13] is hereby set for **April 24, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's teleconference line at **(215) 446-3656**, using code **4382538** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**