IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY GREEN,

    Plaintiff,

v.                                                        No. 13-cv-0819 JCH/SMV

NEW MEXICO STATE POLICE DEP'T,
BEN ARNOLD, and STATE OF NEW MEXICO,

    Defendants.

## ORDER SETTING TELEPHONIC HEARING

**Date and time**:   July 15, 2014, at 9:30 a.m.

**Matter to be heard**:  Plaintiff's Objection to Proposed Findings and Recommended Disposition [Doc. 23]

    **IT IS ORDERED** that a telephonic hearing on Plaintiff's Objection . . . [Doc. 23] is hereby set for **July 15, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's teleconference line at **(215) 446-3656**, using code **4382538** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                                       _____
                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**