IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY GREEN,

    Plaintiff,

v.                                    No. 13-cv-0819 JCH/SMV

NEW MEXICO STATE POLICE DEP'T,
BEN ARNOLD, and STATE OF NEW MEXICO,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    July 24, 2014, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is hereby set for **July 24, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                 _____
                                                 **STEPHAN M. VIDMAR**
                                                 **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.